SHUTAO LIN
15333 Culver Drive, Suite 340-305
Irvine, CA 92604 USA
Tel: (203) 727-1102
Fax: (949) 502-8909
Email: ninerainylane@protonmail.com

Party in Pro Se

FILED
2019 SEP -5 PM 2:32
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

SHUTAO LIN,

Plaintiff,

vs.

The Gabonese Republic,

Defendant.

Case: SACV 19-01677 JVS (KESx)

DECLARATION OF DARRICK LIN CONCERNING SERVICE OF PROCESS AGAINST DEFENDANT THE GABONESE REPUBLIC AND PROOF THEREOF

DECLARATION OF DARRICK LIN CONCERNING SERVICE OF PROCESS AGAINST DEFENDANT THE GABONESE REPUBLIC AND PROOF THEREOF

I, Darrick Lin, declare as follows:

1. I am over the age of 18 years, I am not a party to this lawsuit, and if called to testify, I will testify competently to the following.

2. On 09/04/2019, I mailed the Summons and Complaint issued in this lawsuit (in both English and French) to the Defendant (The Gabonese Republic) in Gabon via Gabon's Chief Foreign Minister, Mr. Abdu Razzaq Guy Kambogo, at Foreign Ministry Headquarters (Ministre des Affiares etrangeres) on

Independence Boulevard and Boulevard Triomphal, in Libreville, Gabon.

3. I mailed said Complaint and Summons at 4:09 pm Pacific Daylight Time using the carrier commonly known as DHL.

4. I attached the receipt for that mailing as Exhibit 1.

5. I attached a Proof of Service as Exhibit 2.

I swear against penalty of perjury under the Laws of the United States of America and State of California that the foregoing is true.

Executed on 09/05/2019 in Orange County, California.

Dated: September 5, 2019

Darrick Lin
15333 Culver Drive, Suite 340-305
Irvine, CA 92604 USA
Tel: (203) 727-1102
Fax: (949) 502-8909

2

[PLAINTIFF'S AFFIDAVIT REQUESTING US CLERK FOREIGN MAILING PURSUANT TO 28 U.S.C. § 1608(a)(3) TO AFFECT SERVICE ON DEFENDANT, A FOREIGN STATE]

**EXHIBIT 1**

www.[illegible].com/[illegible]

[illegible]

Next Day [illegible]

Tracking# [illegible]

[illegible]

Subtotal $ [illegible]

CA SALES TAX [illegible] $ [illegible]

Total $ 281.[illegible]

MasterCard $ 281.[illegible]

************[illegible]

[illegible]

Please come back [illegible]

[illegible]

We're here to help. [illegible]

In country : 760080
Out of ~~entry~~ country : +241 746536

**The UPS Store #0032**

## Parcel Shipping Order (PSO) Terms and Conditions: Page 1 of 2

| SHIP DATE | SHIPMENT INFORMATION | DESCRIPTION OF GOODS |
|---|---|---|
| Wed 04 Sep 2019 | DHL Express 12:00 1 package<br>Total Declared Value: Not provided | LEGAL DOCUMENT |

| SENDER | RECIPIENT | PKG | TRACKING NUMBER | DECL VAL |
|---|---|---|---|---|
| DARRICK LIN<br>15333 CULVER DRIVE<br>STE 340-305<br>Irvine, CA 92604 US<br>Tel (203) 727-1102<br>DARRICKLIN@GMAIL.COM | C/O: ABDU RAZZAQ GUY KAMBOGO<br>THE GABONESE REPUBLIC<br>MINISTRE DES AFFIARES ETRANGERE<br>DE INDEPENDENCE BOULEVARD<br>BOULEVARD TRIOMPHAL<br>LIBREVILLE, 13210 GA<br>Tel: (000) 000-0000 | 1 | 2372259665 | N/A |

Subject to these terms and conditions, this The UPS Store® center (**"We"**, **"Us"**, or **"Our"**) will receive, forward and/or pack parcel(s) for you the customer (**"You"** or **"Your"**). The carrier for Your parcel(s) accepted by Us (**"Carrier"**) will be DHL®. The Carrier may refuse to ship Your parcel(s) accepted by Us. You represent Your true name and address appear as sender above.

We do not accept hazardous material, Other Regulated material-D Class (ORM-D), illegal items or articles of unusual value, including but not limited to cash, jewelry valued above certain limits set by Carrier and merchandise restricted by import regulations. In addition, the Carrier's tariff, service guide, or terms and conditions (**"Carrier's Terms and Conditions"**) may specify other restricted items. Certified locations may accept some forms of ORM-D.

We do not transport Your parcel(s). The Carrier transports Your parcel(s) subject to the Carrier's Terms and Conditions in effect on the date of shipment. The Carrier's Terms and Conditions set forth the Carrier's rights, responsibilities, and limitations of liability with respect to the transportation of Your parcel(s) and are hereby incorporated in full into this International Parcel Shipping Order (IPSO).

We are Your agent for receiving and forwarding Your parcel(s) to the Carrier. We are not the Carrier's agent. You agree that We will be deemed the shipper of Your parcel(s) with the Carrier and that You are not the shipper under the Carrier's Terms and Conditions. You therefore have no rights directly against the Carrier. Any rights You may have to recover damages or other compensation with respect to the transportation of Your parcel(s) (including for loss, damage, or the Carrier's failure to timely deliver) are limited to those rights described in the Carrier's Terms and Conditions in effect on the date of shipment or in this IPSO. You agree that We, as the shipper of Your parcels, are solely entitled to any discounts or adjustments to the charges that We pay the Carrier for transporting Your parcel(s).

Except as expressly set forth in this IPSO, We assume no liability for the delivery of Your parcel(s) or for loss or damage by any cause to the parcel(s) or their contents that occurs after We tender Your parcel(s) to the Carrier. You agree that the Carrier is not liable for loss or damage occurring after delivery of the parcel(s). You also agree to all terms and conditions in this IPSO, including all terms and conditions related to Your participation in the optional Declared Value Program or optional Insurance Program.

Any statement by Us regarding a probable date and (if applicable) time of delivery is only an estimate, and is not warranted in any manner. **We are not liable for any consequential, indirect, special, incidental or punitive damages, or any loss or damage resulting from delays in shipping or delivery.**

We are not liable for Carrier's failure to properly collect or remit funds. You assume all risk if consignee's form of payment is accepted by the Carrier. You further agree to accept all risk of nonpayment, insufficient funds and forgery in accordance with the Carrier's terms and conditions, and that We will not be liable under any instrument tendered.

Our responsibility for damage to items caused by improper packing by Us is limited to any applicable Declared Value Program, Insurance Program, or other program that We may offer and for which You have paid any applicable charge.

Duties, fees and taxes are assessed on all dutiable commodities. These assessments are controlled by the country of destination and are subject to change without notice. We cannot predetermine the amount of duty or tax for a given shipment. You, however, accept all liability for the above obligations in the event of non-payment by the consignee. If Your parcel(s) are refused by the consignee, or for any other reason cannot be delivered, Your parcel(s) will either be abandoned or returned to You at Your expense per Your instructions below. In either event, You are liable for shipping and all other applicable charges specified above.

__Limitations of Liability and Exceptions.__ Our liability, and the Carrier's liability, for loss or damage to Your parcel(s) is strictly limited to the amounts set forth in this IPSO and the Carrier's Terms and Conditions (in the event of conflict, the Carrier's Terms and Conditions govern the Carrier's liability for loss or damage). Liability for loss or damage is strictly limited to Your actual damages or $100 per parcel, whichever is less unless You declare a higher value and pay the applicable charge for a higher authorized value (under the Declared Value Program or Insurance Program, as applicable). We and the Carrier are not liable or responsible for items of unusual value, precious metals, negotiable instruments, or items prohibited from shipment, or for which the Carrier's liability is excluded, under the Carrier's Terms and Conditions. In addition, the rules relating to a Carrier's liability established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air signed at Warsaw, Poland, on October 12, 1929, that convention as amended, or the Convention for the Unification of Certain Rules for International Carriage by Air (Montreal, 28 May 1999), shall apply to the international carriage of any shipment insofar as the same is governed thereby. Additional terms and conditions governing loss or damage claims can be found in the Carrier's Terms and Conditions.

__Declared Value Program.__ Certain Carriers offer a declared value program providing declared value limits for loss or damage, subject to terms and conditions (including monetary limits) (**"Declared Value Program"**). You may not participate in the Declared Value Program for those parcel(s) that You elect to include in any Insurance Program. The declared value product will be available only if You have complied with all terms and conditions of the applicable Declared Value Program. We surcharge the cost of this product. If You elect to participate in the Declared Value Program and You pay any applicable charge, We will declare value for Your eligible parcel(s) through the Carrier. You expressly acknowledge that the value of each parcel does not exceed the amount You declared as the "Declared Value". If You do not declare a Value, You agree that the value of each parcel does not exceed $100. If You do not declare a value above $100 and pay an additional charge for a parcel containing items of greater value than $100, You will not be entitled to recover more than $100 for loss or damage to the items in Your shipment. The Carrier's terms and conditions, including monetary limits, for its Declared Value Program are located in the Carrier's Terms and Conditions.

__Insurance Program.__ We may, in lieu of participation in the Carrier's Declared Value Program, offer You the opportunity to add Your parcel(s) to parcel insurance coverage carried by Us in connection with one or more insurance programs (individually and collectively, the "Insurance Program"). The Insurance Program covers physical loss or damage to parcels for which We arrange the transportation, but only if the Insurance Program is available and is elected by You, and then only up to the amount of value You have declared under the Insurance Program. The Insurance Program is intended to insure the parcel but is not intended to provide insurance to You. You are neither an insured nor an additional insured under Our applicable Insurance Program policy and the terms of Our Insurance Program policy will strictly govern in the event of a claim and will include limitations, restrictions and exclusions. Your election to add Your parcel(s) to the Insurance Program is entirely optional. We do not receive any portion of the premium for, or otherwise profit from, Your election. You have the option of obtaining protection from an alternative source or not at all. If You elect to add Your parcel(s) to the Insurance Program, any claims against or disputes with any person or entity arising out of or relating to that election or the Insurance Program MUST be pursued in arbitration, not in any court proceeding, and MUST be pursued on an individual basis only, not in any form of class or representative action, whether in arbitration or in court; however, notwithstanding the foregoing, individual claims or disputes that qualify for state courts of limited jurisdiction (such as small claims, justice of the peace, magistrate court, and similar courts with monetary limits on their jurisdictions over civil disputes) may be brought in any such court having jurisdiction. Complete terms and conditions of the Arbitration Agreement/Class Action Waiver applicable to such disputes are available at https://www.theupsstore.com/guarantee-arbitration

__Claims Filed Through Us.__ If You or the consignee has a claim for loss or damage to Your parcel(s) under either the Declared Value Program or Insurance Program, You agree to make the claim through Us. If You make such claim through Us, We will submit a claim to the Carrier, or insurance provider, as applicable, as the shipper of the parcels and We will remit to You any recovery on the claim paid to Us by the Carrier or insurance provider for Your parcel(s). You expressly agree that We have no liability if any claim is denied or paid only in part by the Carrier or other declared value or insurance provider.

__Filing a Claim under the Declared Value Program.__ Any and all claims under any Declared Value Program must be in writing and received by Us within the Carrier's required time frame as set forth in the Carrier's Terms and Conditions. Claims not made within the prescribed time frame are waived and will not be paid. For all damage claims, the original packaging materials must be made available for the Carrier's inspection prior to reshipment. All claims for loss or damage must be supported by the shipping documents, including but not limited to this IPSO and a copy of the CMS shipment receipt and proof of the value of the lost or damaged items for any declaration of value over $100.

__Filing a Claim under the Insurance Program.__ If You elect to participate in the Insurance Program, and You have a claim for loss or damage to Your parcel(s), any and all such claims under the Insurance Program must be filed by Us as the insured party for loss and damage within the insurance provider's required time frame. Claims not made within the prescribed time frame are waived and will not be paid. Damage claims must (i) include reference to the Carrier's source document or pickup record number and date of shipment or copies of other documents sufficient to identify the shipment involved, and the insured value of the affected goods; (ii) assert the liability of the Carrier for the alleged loss or damage and must be accompanied by the Carrier's written acceptance or denial of liability for the alleged loss or damage, which will include the amount of liability accepted, if applicable; (iii) make claim for payment of a specified or determinable amount of money; and (iv) be accompanied with a copy of the original invoice or, if no invoice was issued, other proof, certified to in writing, as to the actual cost or replacement cost of the property or extent of the damage to the property. Depending on the applicable Insurance Program policy, other or additional requirements may apply.

You represent and warrant that shipment of the item(s) in Your parcel(s) is in full compliance with United States and foreign import/export laws and regulations. You agree to indemnify and hold harmless Us, The UPS Store, Inc. and the Carrier from and against any and all claims, liabilities, judgments or costs arising out of or related to any acts or omissions by You that are in violation of any United States or foreign import/export law or regulation.

**Customer Initials:** ____________

**The UPS Store #0032**

## Parcel Shipping Order (PSO) Terms and Conditions: Page 2 of 2

| SENDER | SHIPMENT TRACKING NUMBER | PACKAGES |
|---|---|---|
| | 2372259665 | 1 |

We are an independently owned and operated franchise of The UPS Store, Inc. and solely responsible for all aspects of Our operations. We are the exclusive employer of all employees of Our business. You acknowledge and agree that The UPS Store, Inc. is not liable for any of Our acts or omissions and is not the employer or joint employer of the employees of Our business. This IPSO constitutes the entire agreement between You and Us, and supersedes all prior, subsequent and contemporaneous agreements, understandings, and representations, written or oral, relating to the subject matter hereof.

By signing below, You acknowledge that (i) You confirm the Ship to Address is accurate for each parcel, (ii) You confirm the Declared Value for each parcel, if any, is correct, (iii) You have read and reviewed the terms and conditions described above in their entirety, (iv) You agree to be bound by all such terms and conditions, and (v) by so signing, this IPSO constitutes binding and enforceable obligations of You. YOU FURTHER ACKNOWLEDGE AND AGREE that, except as expressly set forth in the UPS Terms, any claims against Us or UPS (including its affiliates) arising out of or relating to provision of service by UPS are subject to individual, mandatory binding arbitration, as set forth in the UPS Terms available at www.ups.com/terms.

CUSTOMER SIGNATURE

Wed 4 Sep 2019

TRANSACTION DATE

**EXHIBIT 2**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* and Complaint Gabonese Republic

was received by me on *(date)* ________ .

☐ I personally served the summons and Complaint on the individual at *(place)* ________ on *(date)* ________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ________ , a person of suitable age and discretion who resides there, on *(date)* ________ , and mailed a copy to the individual's last known address; or

☐ I served the summons and complaint on *(name of individual)* Abdu Razzaq Guy Kambogo who is designated by law to accept service of process on behalf of *(name of organization)* Gabonese Republic on *(date)* ________ ; or

☐ I returned the summons unexecuted because ________ ; or

☒ Other *(specify)*: I serve the summons/complaint on the Gabonese Republic together with French translations of the summons, complaint and Certificate of interested parties via DHL

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: September 5th, 2019

[signature]
*Server's signature*

Darrick Lin
*Printed name and title*

15333 Culver Drive, Suite 340-305
Irvine, CA 92604 USA
*Server's address*

Additional information regarding attempted service, etc: