# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | SACV 19-01677JVS(KESx) |
| Date | November 21, 2019 |
| Title | Shutao Lin v The Gabonese Republic |

Present: The Honorable **James V. Selna, US District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** [IN CHAMBERS] ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

    The Court, on its own motion, hereby ORDERS plaintiff(s) to Show Cause (OSC) in writing no later than **December 20, 2019**, why this action should not be dismissed for lack of prosecution. As an alternative to a written response by plaintiff(s), the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

__X__ Proof of service of summons and complaint or Order on Request for "Foreign Mailing"

    Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 90 days after the filing of the complaint. Fed. R. Civ. P. 4(m) The Court may dismiss the action prior to the expiration of such time, however, if plaintiff(s) has/have not diligently prosecuted the action.

    It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1.

    On September 5, 2019 the plaintiff filed a "Plaintiff's Affidavit Requesting US Clerk Foreign Mailing Pursuant to 28 USC Sectino 1608(a)(3) to Affect Service on Defendant, a Foreign State." However, plaintiff has not provide the Court with a proposed order as required by the Local Rules. Additionally, on November 7, 2019, this Court granted the plaintiff five days to register for Pro Se Electronic Filing, however the plaintiff has not yet done so.

**On the Court's motion the Scheduling Conference set for December 2, 2019 at 10:00 a.m. is continued to January 27, 2020 at 10:00 a.m.**

|  | : | 00 |
|---|---|---|
|  | Initials of Preparer | lmb |