UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 19-1677 JVS (KESx) | Date | January 7, 2020 |
| Title | Shutao Lin v. The Gabonese Republic | | |

Present: The Honorable  **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **[IN CHAMBERS] Order Regarding January 6, 2020 Minute Order**

The Court VACATES the Minute Order issued on January 6, 2020 and finds that the foreign service was proper.  The Court enters DEFAULT against Defendant the Gabonese Republic.

**IT IS SO ORDERED.**

: 0

Initials of Preparer    lmb