UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 19-1677 JVS (KESx) | Date | March 19, 2020 |
| Title | Shutao Lin v. The Gabonese Republic | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:   [IN CHAMBERS] Order Regarding Motion for Default Judgment**

On February 24, 2020, Plaintiff Shutao Lin moved for default judgment against Defendant the Gabonese Republic. Mot., Dkt. No. 24. The Gabonese Republic has not opposed the motion.

Pursuant to Federal Rule of Civil Procedure 78 and Local Rule 7-15, the Court deems the matter submitted without oral argument, and removes the March 23, 2020 hearing from its calendar.

**IT IS SO ORDERED.**

| | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |