JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUTAO LIN,<br><br>    Plaintiff,<br><br>v.<br><br>THE GABONESE REPUBLIC,<br><br>    Defendant. | Case No.  8:19-cv-01677-JVS-KES<br><br>**ORDER GRANTING DEFAULT JUDGMENT AGAINST DEFENDANT THE GABONESE REPUBLIC** |

    Plaintiff Shutao Lin's Motion for Default Judgment Against Defendant The Gabonese Republic came on for hearing in Department 10C of the above-entitled Court located at 411 West Fourth Street, Santa Ana, California, in accordance with the Court's tentative ruling procedures.

    After consideration of the moving papers and other evidence as required by F.R.C.P. 55(b) and Local Rule 55.1, and good cause appearing therefor, the Court ordered Mr. Lin's motion to be granted and hereby orders judgment in his favor against Defendant The Gabonese Republic as set forth herein.

    IT IS ORDERED, ADJUDGED, AND DECREED that default judgment is hereby entered against Defendant The Gabonese Republic and in favor of Plaintiff Shutao Lin, as follows:

| | |
|---|---|
| 1 | (a)     $20,733,122 in damages |
| 2 | (b)     $1,282,963.50 in prejudgment interest pursuant to the first cause of |
| 3 | action for breach of contract |
| 4 | (c)     Postjudgment interest at a rate of 0.12% per annum |

Total judgment for Plaintiff is $22,016,085.50, plus postjudgment interest at a rate of 0.12% per annum.

*[signature]*

Dated: August 24, 2020

_____
Honorable James V. Selna
United States District Court,
Central District of California

---

2

[PROPOSED] ORDER GRANTING DEFAULT JUDGMENT AGAINST DEFENDANT THE GABONESE REPUBLIC