LAW OFFICES OF KYLE KUBISCH
Kyle Kubisch (State Bar No. 203981)
2600 Michelson Drive, Suite 1700
Irvine, CA  92612
Telephone:  949-225-4475
Facsimile:  949-225-4476
kkubisch@kubischlaw.com

Attorneys for Plaintiff
SHUTAO LIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUTAO LIN,<br><br>           Plaintiff,<br><br>      v.<br><br>THE GABONESE REPUBLIC,<br><br>           Defendant. | Case No.  8:19-cv-01677-JVS-KES<br><br>**AFFIDAVIT REQUESTING FOREIGN MAILING PURSUANT TO 28 U.S.C. § 1608(a)(3)** |

I, the undersigned, counsel of record for plaintiff Shutao Lin, hereby requests, pursuant to 28 U.S.C. § 1608(a)(3), that the Clerk mail a copy of the enclosed documents:  (1)  Order re Motion for Default Judgment and (2) Order Granting Default Judgment Against Defendant The Gabonese Republic via DHL to Defendant The Gabonese Republic at Defendant's Foreign Ministry headquarters at:

> The Gabonese Republic
> c/o Abdu Razzag Guy Kambogo (Foreign Minister)
> Ministre des Affiares estrangeres
> de Independence Boulevard, Boulevard Triomphal
> Liverville, Gabon

I certify that this method of service is authorized by applicable law and that such information was obtained by contacting the Overseas Citizen Services, U.S. Department of State.

1
AFFIDAVIT REQUESTING FOREIGN MAILING PURSUANT TO 28 U.S.C. § 1608(a)(3)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 26th day of August 2020 in Irvine, California.

_____/s/ Kyle Kubisch_____

Kyle Kubisch