FILED
CLERK, U.S. DISTRICT COURT
9/10/20
CENTRAL DISTRICT OF CALIFORNIA
BY: D. Lewman   DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shutao Lin,<br><br>PLAINTIFF(S)<br>v.<br>The Gabonese Republic,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:19-cv-01677-JVS (KESx)<br><br>**RECEIPT FOR FOREIGN SERVICE RE ORDER RE MOTION FOR DEFAULT JUDGMENT AND ORDER GRANTING DEFAULT JUDGMENT** |

(ATTACH RECEIPT(S) FOR REGISTERED MAIL HERE)

See attached re documents #35 filed 8/12/20 and #36 filed 8/24/20 and delivered to The UPS Store 9/9/20.

English and French translations provided.

Export/Principal Party in Interest Power of Attorney attached to envelope provided by Plaintiff.

# The UPS Store

**Greg Veix**
Manager/Notary Public/Certified Fingerprinter

1442 E Lincoln Ave
Orange, CA 92865

Mon - Fri    08:30 AM-06:30 PM
Saturday   09:00 AM-05:00 PM
Sunday     Closed

P:(714) 921-1182
F:(714) 921-4762
staff4464@theupsstore.com
theupsstore.com/4464

## Express Envelope

te by using this envelope a second time –
sender or with another recipient.
ons on flap above.

en℠

UPS's environmental platform, reflecting
ainable business practices worldwide.
envelope is made from 100% recycled
h reusable and recyclable.

ycled fiber
Consumer



SHIP THE GABONESE REPUBLIC
TO: 000000000
    C/O  ABDU RAZZAQ GUY KAMBOGO
    DE INDEPENDENCE BOULEVA,BOULEVARD TRIOMPHAL
    MINISTRE DES AFFIARES ETRANGERES
    13210          LIBREVILLE
    GABON

RONALD REAGAN FEDERAL COURTHOUSE
(203) 727-1102
#1-053
41 W 4TH ST
SANTA ANA CA 92701

0.3 LBS LTR 1 OF 1
SHP#: 21V2 4VQ7 BW9
SHP WT:
DATE: 26 ..JG 2020

GAB

UPS SAVER
TRACKING #: 1Z 21V 24V 04 7807 7007   1P

BILLING: P/P
DESC: LEGAL DOCUMENTS

REF #1: DP 06-26-2020

EDI-DOC

ISH 13.00N ZZP 450 31.5U 07/2020
080 872 0721

Received Unopened RK
09/04/2020
Sunny Kim
4:40 pm

ving you for more than 100 years
United Parcel Service.

Apply shipping docume

Do not use this envelop
**UPS Ground**
**UPS Standard**
**UPS 3 Day Select®**
**UPS Worldwide Expedi**

This envelope is for use
with the following servi
**UPS Next Day Air®**
**UPS Worldwide Express**
**UPS 2nd Day Air®**



0101951212  4/14 PAC Unit

hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or
International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

SEE NOTICE ON REVERSE regarding UPS's terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the U.S., shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

- Enclose this document in the pouch with your invoice.
- The Power of Attorney must be signed and dated to be valid for this shipment only.

UPS Worldwide Forwarding, Inc.

Export/Principal Party in Interest Power of Attorney

THE UNDERSIGNED PARTY, THE EXPORTER AND PRINCIPAL PARTY IN INTEREST (PPI), AUTHORIZES UPS WORLDWIDE FORWARDING, INC. AND ITS AFFILIATES (HEREAFTER "UPS") TO SERVE AS FORWARDING AGENT FOR EXPORT CONTROL, CENSUS REPORTING AND CUSTOMS PURPOSES; AND TO MAKE, ENDORSE, OR SIGN ANY DOCUMENTATION, OR PERFORM ANY ACT OR CONDITION, REQUIRED BY LAW IN CONNECTION WITH THE EXPORTATION OF ANY COMMODITY, TECHNOLOGY, OR SOFTWARE SHIPPED BY THE PPI.

BY SIGNING BELOW, PPI CERTIFIES THAT THE COMMODITY, TECHNOLOGY OR SOFTWARE EXPORTED FROM THE UNITED STATES (U.S.) IS IN ACCORDANCE WITH U.S. EXPORT CONTROL LAWS AND THAT ALL STATEMENTS OR INFORMATION PROVIDED TO UPS ARE TRUE AND CORRECT. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

SHIPPER AGREES TO THE UPS TERMS FOUND AT WWW.UPS.COM AND UPS SERVICE CENTERS. FOR INTERNATIONAL AIR CARRIAGE, THE WARSAW CONVENTION AS AMENDED OR MONTREAL CONVENTION MAY APPLY AND LIMITS UPS'S LIABILITY FOR LOSS OR DAMAGE TO CARGO. INTERNATIONAL CARRIAGE BY ROAD MAY BE SUBJECT TO THE CONVENTION ON THE CONTRACT FOR THE INTERNATIONAL CARRIAGE OF GOODS BY ROAD, EXCEPT AS OTHERWISE GOVERNED BY INTERNATIONAL CONVENTIONS OR OTHER MANDATORY LAW. THE UPS TERMS LIMIT UPS'S LIABILITY FOR DAMAGE, LOSS OR DELAY OF THIS SHIPMENT. THERE ARE NO STOPPING PLACES AGREED UPON AT THE TIME OF TENDER OF THE SHIPMENT AND UPS RESERVES THE RIGHT TO ROUTE THE SHIPMENT IN ANY WAY IT DEEMS APPROPRIATE. WHERE ALLOWED BY LAW, SHIPPER AUTHORIZES UPS TO ACT AS FORWARDING AGENT FOR EXPORT CONTROL AND CUSTOMS PURPOSES. IF EXPORTED FROM THE US, SHIPPER CERTIFIES THAT THE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO LAW IS PROHIBITED.

Tracking #: 1Z21V24V0478077007    Date: 09/26/2020
THE PACKAGE TRACKING NO.              THE DATE OF SIGNATURE

Name: RONALD REAGAN FEDERAL COURTHOUSE
THE FULL NAME OF THE PPI (E.G. INDIVIDUAL, CORPORATION, PARTNERSHIP, SOLE PROPRIETORSHIP, LIMITED LIABILITY COMPANY).

Address: 41 W 4TH ST, #1-053
Santa Ana, CA 92701 United States
THE COMPLETE ADDRESS OF THE PPI.

Title: SHUZAO LiN, President
PRINT THE TITLE OF THE AUTHORIZED PERSON REPRESENTING THE PPI

Signature: 
NOT VALID WITHOUT SIGNATURE. PROVIDE SIGNATURE OF PPI OR AUTHORIZED PERSON REPRESENTING THE PPI (E.G. OWNER, PARTNER, OR, IF A CORPORATION, PRESIDENT, VICE-PRESIDENT OR OTHER DULY AUTHORIZED OFFICER). IF THE PPI IS A GENERAL OR LIMITED PARTNERSHIP OR A LIMITED LIABILITY COMPANY, THE SIGNATORY CERTIFIES THAT HE/SHE HAS FULL AUTHORITY TO EXECUTE THIS POWER OF ATTORNEY ON BEHALF OF THE PPI.

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited
KRID RFZ 07/20