ADAM S. LURIE (admitted *pro hac vice*)
PATRICK C. ASHBY (admitted *pro hac vice*)
AVIVA M. KUSHNER (admitted *pro hac vice*)
**LINKLATERS LLP**
601 Thirteenth Street, N.W.
Suite 400 South
Washington, D.C. 20005
Telephone: (202) 654-9200
Facsimile: (202) 654-9210
Email: adam.lurie@linklaters.com
       patrick.ashby@linklaters.com
       aviva.kushner@linklaters.com

ALEXANDER AKERMAN (State Bar No. 280308)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
Telephone: 213-576-1000
Facsimile: 213-576-1100
E-mail: alex.akerman@alston.com

Attorneys for Defendants THE GABONESE REPUBLIC and L'OFFICE DU CHEMIN DE FER TRANSGABONAIS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUTAO LIN, MORNING STAR INTERNATIONAL CORPORATION (CT), and MORNING STAR INTERNATIONAL CORPORATION (NV),<br><br>Plaintiffs,<br><br>V.<br><br>THE GABONESE REPUBLIC and THE OFFICE OF THE TRANSGABONAIS RAILWAY,<br><br>Defendants. | Case No. 8:19-CV-01677-JVS-KES<br><br>**JOINT STIPULATION TO EXTEND TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO AMENDED COMPLAINT AND WAIVER OF FOREIGN SERVICE REQUIREMENT**<br><br>**[FILED CONCURRENTLY WITH [PROPOSED] ORDER]**<br><br>Filing Date: September 3, 2019 |

Plaintiffs Shutao Lin, Morning Star International Corporation (CT), and Morning Star International Corporation (NV) (collectively, "Plaintiffs") and Defendants the Gabonese Republic and the Office of the Transgabonais Railway ("Defendants"), through their respective attorneys, without waiving any defenses, whether or not described or referred to in Fed. R. Civ. P. 12, stipulate as follows:

**RECITALS**

1.  WHEREAS, Mr. Lin filed a Complaint in the above captioned case on September 3, 2019, against the Gabonese Republic (ECF 1);

2.  WHEREAS, on June 5, 2023 the Court granted Mr. Lin leave to file an amended Complaint no later than July 5, 2023, and Gabon 30 days to file a response (ECF 54);

3.  WHEREAS, on July 5, 2023 Mr. Lin filed a First Amended Complaint, which adds two new corporate Plaintiffs, as well as a new foreign Defendant, the Office of the Transgabonais Railway ("OCTRA");

4.  WHEREAS, the new foreign Defendant OCTRA has not been served and is located in Libreville, Gabon;

5.  WHEREAS, Defendant OCTRA has agreed to waive service of the Amended Complaint to avoid unnecessary expenses and facilitate the timely progression of the proceedings, and is therefore entitled pursuant to Federal Rule of Civil Procedure 4(d)(3) to 90 days to answer or otherwise respond to the Amended Complaint;

6.  WHEREAS, all parties agree that a consolidated schedule to respond, to allow a single motion to dismiss briefing schedule, will promote the efficiency interests of the parties and the Court;

7.  WHEREAS, Defendant OCTRA has agreed to voluntarily reduce its time to respond to the Amended Complaint;

8.  WHEREAS, having agreed to a consolidated schedule, the parties further agree to consolidate Defendants' responsive pleadings, where the Defendants'

memorandum of points and authorities in support of any motion and reply shall, respectively, not exceed 11,000 words.

## STIPULATION

Based on the foregoing, IT IS HEREBY STIPULATED, by and between the Parties through their respective counsel of record that, subject to the Court's approval:

1. The deadline for Defendants to answer or otherwise respond to Plaintiffs' Amended Complaint shall be on or before September 22, 2023.

2. Defendants shall file consolidated responsive pleadings. Defendants' consolidated memorandum of points and authorities in support of any motion and reply shall, respectively, not exceed 11,000 words.

**IT IS SO STIPULATED**

Dated: July 26, 2023

KYLE KUBISCH
**LAW OFFICES OF KYLE KUBISCH**

By: */s/ Kyle Kubisch*
Kyle Kubisch
Attorney for Plaintiffs SHUTAO LIN, MORNING STAR INTERNATIONAL CORPORATION (CT), and MORNING STAR INTERNATIONAL CORPORATION (NV)

ADAM S. LURIE
**LINKLATERS LLP**

By: */s/ Adam S. Lurie*
Adam S. Lurie
Attorney for Defendants, THE GABONESE REPUBLIC and L'OFFICE DU CHEMIN DE FER TRANSGABONAIS

Adam S. Lurie (pro hac vice forthcoming)
Patrick C. Ashby (pro hac vice forthcoming)
Aviva M. Kushner (pro hac vice forthcoming)
LINKLATERS LLP
601 Thirteenth Street, N.W., Suite 400 South
Washington, D.C. 20005
Telephone: 202-654-9200
Facsimile: 202-654-9210
E-mail: adam.lurie@linklaters.com
patrick.ashby@linklaters.com
aviva.kushner@linklaters.com

Alexander Akerman (State Bar No. 280308)
ALSTON & BIRD LLP
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
Telephone: 213-576-1000
Facsimile: 213-576-1100
E-mail: alex.akerman@alston.com

## STATEMENT OF ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  July 26, 2023

**ADAM S. LURIE**
**LINKLATERS LLP**

By:  /s/ *Adam S. Lurie*
　　　　　　　Adam S. Lurie

# CERTIFICATE OF SERVICE

I, Adam S. Lurie, certify and declare as follow:

1. I am over the age of 18 and not a party to this action.

2. My business address is 601 Thirteenth Street, N.W., Suite 400 South, Washington, D.C. 20005.

3. On, I caused a copy of **JOINT STIPULATION TO EXTEND TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO AMENDED COMPLAINT AND WAIVER OF FOREIGN SERVICE REQUIREMENT** to be served upon the following counsel via the Court's CM/ECF system:

| | |
|---|---|
| Kyle Kubisch<br>kkubisch@kubischlaw.com<br>**LAW OFFICES OF KYLE KUBISCH**<br>One Park Plaza, Suite 600<br>Irvine, CA 92614<br>Telephone: 949-225-4475<br>Facsimile: 949-225-4476 | Attorneys for Plaintiffs SHUTAO LIN, MORNING STAR INTERNATIONAL CORPORATION (CT), and MORNING STAR INTERNATIONAL CORPORATION (NV) |

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct. Executed on July 26, 2023, at Los Angeles, California.

                                        */s/ Adam S. Lurie*
                                          Adam S. Lurie