**NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUTAO LIN, MORNING STAR INTERNATIONAL CORPORATION (CT), and MORNING STAR INTERNATIONAL CORPORATION (NV),<br><br>Plaintiffs,<br><br>v.<br><br>THE GABONESE REPUBLIC and THE OFFICE OF THE TRANSGABONAIS RAILWAY,<br><br>Defendants. | Case No. 8:19-CV-01677-JVS-KES<br><br>**ORDER RE<br>JOINT STIPULATION TO EXTEND TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO AMENDED COMPLAINT AND WAIVER OF FOREIGN SERVICE REQUIREMENT [63]**<br><br>**[FILED CONCURRENTLY WITH JOINT STIPULATION]**<br><br>Filing Date:  September 3, 2019 |

- 1 -
ORDER

This matter comes before the Court upon review of the Stipulation between Plaintiffs Shutao Lin, Morning Star International Corporation (CT), and Morning Star International Corporation (NV) (collectively, "Plaintiffs") and Defendants the Gabonese Republic and the Office of the Transgabonais Railway ("Defendants"), through their respective attorneys, (the "Stipulation"). Having considered the Stipulation and GOOD CAUSE existing

**IT IS HEREBY ORDERED THAT:**

1. The deadline for Defendants to answer or otherwise respond to Plaintiffs' Amended Complaint shall be on or before September 22, 2023.

2. Defendants shall file consolidated responsive pleadings. Defendants' consolidated memorandum of points and authorities in support of any motion and reply shall, respectively, not exceed 9,000 **[note change]** words.

**IT IS SO ORDERED.**

Dated: July 26, 2023

By: _____
Hon. James V. Selna

# CERTIFICATE OF SERVICE

I, Adam S. Lurie, certify and declare as follow:

1. I am over the age of 18 and not a party to this action.

2. My business address is 601 Thirteenth Street, N.W., Suite 400 South, Washington, D.C. 20005.

3. On, I caused a copy of **[PROPOSED] ORDER RE: JOINT STIPULATION TO EXTEND TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO AMENDED COMPLAINT AND WAIVER OF FOREIGN SERVICE REQUIREMENT** to be served upon the following counsel via the Court's CM/ECF system:

| | |
|---|---|
| Kyle Kubisch<br>kkubisch@kubischlaw.com<br>**LAW OFFICES OF KYLE KUBISCH**<br>One Park Plaza, Suite 600<br>Irvine, CA 92614<br>Telephone: 949-225-4475<br>Facsimile: 949-225-4476 | Attorneys for Plaintiffs SHUTAO LIN, MORNING STAR INTERNATIONAL CORPORATION (CT), and MORNING STAR INTERNATIONAL CORPORATION (NV) |

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct. Executed on July 27, 2023, at Los Angeles, California.

　　　　　　　　　　　　　　/s/ *Adam S. Lurie*
　　　　　　　　　　　　　　Adam S. Lurie