UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:19-cv-01677-JVS-KES | Date | February 20, 2024 |
| Title | Shutao Lin v. The Gabonese Republic | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **[IN CHAMBERS] <u>Order to Show Cause re Failure to Appoint New Counsel</u>**

    The Court, on its own motion, hereby **ORDERS** defendant to Show Cause ("OSC") in writing no later than **March 1, 2024**, why it should not be subject to default judgment in this action.  As an alternative to a written response by defendant, the Court will consider the following as an appropriate response to this OSC, on or before the above date:

 <u> X </u>  **A notice of appearance by new counsel for defendant**.

    It is the defendant's responsibility to respond promptly to all orders and to defend the action diligently.  All stipulations affecting the progress of the case must be approved by the Court.  Local Rule 7-1.

    **On the Court's motion, the hearing set for February 26, 2024, on defendant's motion to dismiss is continued to March 25, 2024, at 1:30 p.m.**