UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:19-cv-01677-JVS-KES | Date | March 4, 2024 |
| Title | Shutao Lin v. The Gabonese Republic | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **[IN CHAMBERS] Order Striking Motion to Dismiss and Restoring Default Judgment**

Defendants failed to respond to this Court's Order to Show Cause ("OSC"), (Dkt. No. 79), and did not file a notice of appearance by new counsel. Consequently, the Court finds that they are not diligently defending this action and **ORDERS** Defendants' Motion to Dismiss, (Dkt. No. 67), **STRICKEN** from the docket.

The Court previously granted Plaintiff Shutao Lin leave to amend his complaint in response to Defendants' motion to Set Aside Default Judgment. (Dkt. No. 56.) Due to the Defendants' failure to diligently defend this action and respond to Court directives, the Court also **ORDERS** its previous ruling granting default judgment against Defendant The Gabonese Republic, (Dkt. No. 36), be reinstated.

**IT IS SO ORDERED.**