1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUTAO LIN, MORNING STAR INTERNATIONAL CORPORATION (CT), and MORNING STAR INTERNATIONAL CORPORATION (NV),<br><br>        Plaintiff,<br>vs.<br><br>THE GABONESE REPUBLIC and THE OFFICE OF THE TRANSGABONAIS RAILWAY,<br><br>        Defendant. | Case No.: 8:19-cv-01677-JVS-KES<br><br>**JUDGMENT [82]** |

-1-
JUDGMENT

## **JUDGMENT**

This Court, having granted Plaintiff Shutao Lin's Motion for Default Judgment Against Defendant The Gabonese Republic now hereby orders that Plaintiffs Shutao Lin shall have and recover from Defendant The Gabonese Republic as follows:

(a) $20,733,122 in damages;

(b) $1,282,963.50 in prejudgment interest pursuant to the first cause of action for breach of contract;

(c) Post judgment interest at a rate of 5.33% per annum.

Dated: August 07, 2024

_____
The Honorable James V. Selna
United States District Judge,
Central District of California